Matter of Diebel (2024 NY Slip Op 02572)

Matter of Diebel

2024 NY Slip Op 02572

Decided on May 9, 2024

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:May 9, 2024

PM-81-24
[*1]In the Matter of Beth Ann Diebel, an Attorney. (Attorney Registration No. 4023685)

Calendar Date:May 6, 2024

Before:Egan Jr., J.P., Clark, Aarons, Ceresia and McShan, JJ.

Beth Ann Diebel, Owensboro, Kentucky, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Beth Ann Diebel was admitted to practice by this Court in 2002 and lists an address in Owensboro, Kentucky with the Office of Court Administration. Diebel now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Diebel's application.
Upon reading Diebel's affidavit sworn to February 29, 2024 and filed March 11, 2024, and upon reading the April 26, 2024 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Diebel is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.
Egan Jr., J.P., Clark, Aarons, Ceresia and McShan, JJ., concur.
ORDERED that Beth Ann Diebel's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Beth Ann Diebel's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Beth Ann Diebel is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Diebel is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Beth Ann Diebel shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.